CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 11 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE CO., )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>STARK JONES, )<br>)<br>DGW ENTERPRISES, LLC )<br>)<br>and )<br>)<br>FEEDING AMERICA SOUTHWEST VIRGINIA, )<br>)<br>Defendants. ) | Civil Action No. 7:17-cv-00348<br><br><br><br><br><br><br><br><br><br>By:  Michael F. Urbanski<br>United States District Judge |

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3). The Magistrate Judge filed a report and recommendation on November 13, 2018, recommending that Feeding America Southwest Virginia's (Feeding America's) motion for entry of default judgment be granted and that Feeding America be awarded Eleven Thousand Three Hundred and Seventy Four Dollars ($11,374.00) in attorneys' fees. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. Accordingly, it is **ORDERED** that said report and the findings and recommendation contained therein (ECF No. 25) are hereby **ACCEPTED IN WHOLE**, Feeding America's motion for entry of default judgment is **GRANTED**, and attorneys' fees

are awarded. As this order resolves the only issue remaining in this case, Feeding America's cross claim, it is **ORDERED** that the case is dismissed and stricken from the docket of the court.

It is so **ORDERED**.

Entered: 12-11-2018

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge